Pearson, J.
 

 An agent, having a verbal authority to sell a slave, does sell and deliver the slave and receive the purchase money, and at the same time, executes a bill of sale, under seal with warranty, in his own name, without any reference to the principal; does the title of the slave pass to the purchaser 1 The Judge in the Court below held, that it did not. In this, we think, there is error.
 

 His opinion, we presume from the argument made in this Court, was influenced by the suggestion that, as there was a bill of sale executed by tile agent at the same time, the title could not pass by the sale and delivery, and as the bill of sale was not binding upon the principal, the title did not pass in either way.
 

 The proper view of the question, as it seems to us, is this: The principal says the bill of sale is inoperative, so far as he is concerned, because the agent was not author-ised to bind him by a
 
 deed.
 
 That is true, and therefore, it has no effect whatever, except so far as it may subject the agent upon his covenant of warranty. But it has no effect in reference to these parties. So the transaction is left as a mere sale and delivery of a slave, by one having a verbal authority to sell. Such a salfe is valid.
 

 Pbr Curiam. Judgment reversed and a
 
 venire de novo
 
 issued.